Cherlyn M. Crosby, St. Louis, MO, for Appellant.

E. Rex Bradley, Louisiana, MO, for Respondent.

Before GARY M. GAERTNER, JR., C.J., LAWRENCE E. MOONEY, J. and ROBERT M. CLAYTON III, J.

## ORDER

PER CURIAM.

Joseph L. Calvin ("Husband") appeals from the trial court's judgment dissolving his marriage to Lisa R. Calvin, now known as Lisa R. Phillips ("Wife"). Husband contends that the trial court erred in its (1) division of marital and nonmarital property; (2) division of marital debt; (3) calculation of child support; (4) award of maintenance to Wife; and (5) grant of Wife's attorney's fees. We affirm.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).

Joseph M. Page, Jefferson City, MO, for appellant.

Thad R. Mulholland, Columbia, MO, for respondent.

Before Division Two: LISA WHITE HARDWICK, Presiding Judge, JAMES M. SMART and KAREN KING MITCHELL, Judges.

### ORDER

PER CURIAM.

Connie Johnson appeals from a final award of permanent partial disability benefits entered by the Labor and Industrial Relations Commission. Johnson contends the Commission erred in failing to award her permanent total disability and past and future medical benefits. She asserts the facts found by the Commission do not support the award of permanent partial disability, the award is unsupported by competent and substantial evidence, and the award is against the overwhelming weight of the evidence. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the Commission's order.

AFFIRMED. Rule 84.16(b).

Connie JOHNSON, Appellant,

v.

ASSOCIATED ELECTRIC COOPERATIVE, INC., Respondent.

No. WD 75031.

Missouri Court of Appeals, Western District.

Jan. 15, 2013.

Sharon PARKER, Appellant,

v.

TREASURER OF the STATE of Missouri—Custodian of the Second Injury Fund, Respondent.

No. WD 75243.

Missouri Court of Appeals, Western District.

Jan. 15, 2013.

